**FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
_____ DIVISION

CASE NO. *4:12CV00053 DPM*

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
JAN 25 2012
JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

This case assigned to District Judge *Marshall*
and to Magistrate Judge *Ray*

I. Parties

In item A below, place your <u>full</u> name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

   A.   Name of plaintiff: *Jesse R Jones*
        ADC # *129106*   *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*
        Address: *361 Nell Point Rd  Jail P.O Box 451 Clinton Ar*
                 *Hwy Clinton Ar. 72031*                    *72031*
        Name of plaintiff: _____
        ADC # _____

        Address: _____

        Name of plaintiff: _____
        ADC # _____

        Address: _____

In item B below, place the <u>full</u> name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.

   B.   Name of defendant: *Jana Pinkston*
        Position: *Parole officer*
        Place of employment: *Mt View Parole Office*
        Address: *301 industrial drive*

        Name of defendant: _____
        Position: _____
        Place of employment: _____

☐ Docket Number: _____

☐ Name of judge to whom case was assigned: _____

☐ Disposition: (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

☐ Approximate date of filing lawsuit: 1-20-12

☐ Approximate date of disposition: _____

IV. Place of present confinement: Van Buren Co. Jail

V. At the time of the alleged incident(s), were you:
(check appropriate blank)

_____ in jail and still awaiting trial on pending criminal charges

_____ serving a sentence as a result of a judgment of conviction

_____ in jail for other reasons (e.g., alleged probation violation, etc.)
explain: On parole, technical violation

VI. There is a prisoner grievance procedure in the Arkansas Department of Corrections. Failure to complete the grievance procedure may affect your case in federal court.

A. Did you present the facts relating to your complaint in the state prisoner grievance procedure?

Yes _____ No ✓

B. If your answer is YES, attach copies evidencing completion of the final step of the grievance appeal procedure. FAILURE TO ATTACH THE REQUIRED COPIES MAY RESULT IN THE DISMISSAL OF YOUR COMPLAINT.

C. If your answer is NO, explain why not: I am not confined in Prison I have just been Jailed for violations

3

Address: *Mt View Probation + Parole Office*

Name of defendant: *Jana Pinkston*

Position: *Parole Officer*

Place of employment: *Arkansas dept of Pro. + Parole*

Address: *301 industrial drive Mt View Ar - 72560*

Name of defendant: _____

Position: _____

Place of employment: _____

Address: _____

II. Are you suing the defendants in:

☐ official capacity only
☐ personal capacity only
☒ both official and personal capacity

III. Previous lawsuits

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ___   No ☒

B. If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

☐ Parties to the previous lawsuit:

Plaintiffs: _____

_____

Defendants: _____

_____

☐ Court (if federal court, name the district; if state court, name the county):

2

VII.   Statement of claim

State here (as briefly as possible) the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

I had the law firm of Myler & Myler out of Little Rock working on getting me disability. I broke my back, both ankles, lower leg is screwed & due to having seziures I cannot obtain a job. Jana Pinkston forced me into dropping my disability claim and take a series of handy man type jobs. I worked in construction all my life and no one will keep me on if I have a siezure around equipment or up off the ground. She told me that if I did not go to work I would have to drive to Mt. View daily and work at their office. That forced me to drop my disability claim because I would be on my to prison as soon as I missed a day. In her official capacity she forced me to quit a legal action that I would be entitled to. I had a hearing in feb in front of a Judge.

VIII.   Relief

<u>State briefly exactly what you want the court to do for you.</u>  Make no legal arguments. Cite no cases or statutes.

I want her reprimanded and fired and I fal 15,000.00 would be a recompensation for the pain and aggravation she has caused in the delay of my disibility case.

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed on this 20 day of Jan, 20 12

_____
Signature(s) of plaintiff(s)

State of Arkansas
County of Van Buren

Sworn before me on this 20th day of January 2012.

TRACY SUTTERFIELD
NOTARY PUBLIC-STATE OF ARKANSAS
VAN BUREN COUNTY
My Commission Expires 2-25-2020
Commission # 12375046

Revised 02/02/05                           5