Pro Se Clerk,                                  4:12cv00053

I want my case against my parole officer Jona Pinkston dismissed. I did no exhaust my avenues before I filed.

There has been a new parole officer assigned to me so I need the case Jones, Jesse R. against Jona Pinkston dismissed. I do not have the case # and am sorry for any inconvenience caused to you by my ~~letter~~ filing before trying other means.

Jesse R Jones
Van Buren Co. Jail
P.O. Box 454
Clinton, Ar.
72031

*Jesse Jay*

Tonya Roberson
March 1, 2012
My Commission expires December 12, 2021.

[FILED U.S. DISTRICT COURT EASTERN DISTRICT ARKANSAS MAR 05 2012 JAMES W. McCORMACK, CLERK, DEP CLERK]

[Notary seal: TONYA ROBERSON, Commission No. 12386493, NOTARY PUBLIC, VAN BUREN CO., ARKANSAS, My Commission Expires 12-12-21]