IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JESSE R. JONES,
ADC #129106                                                                    PLAINTIFF

v.                            No. 4:12-cv-53 DPM

JANA PINKSTON, Parole Officer,
Mountain View Parole Office                                                    DEFENDANT

## ORDER

Jesse R. Jones moves to voluntarily dismiss this *pro se* § 1983 action. Motion, *Document No. 3*, granted. Jones's complaint is dismissed without prejudice. The Court certifies that an *in forma pauperis* appeal from this Order would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So ordered.

*[signature]*

D.P. Marshall Jr.
United States District Judge

14 March 2012