IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JESSE R. JONES,
ADC #129106                                                      PLAINTIFF

v.                         No. 4:12-cv-53 DPM

JANA PINKSTON, Parole Officer,
Mountain View Parole Office                                      DEFENDANT

## JUDGMENT

Jesse R. Jones's complaint is dismissed without prejudice.

*N.P. Marshall*
D.P. Marshall Jr.
United States District Judge

14 March 2012