IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JESSE R. JONES,
ADC #129106                                                                                       PLAINTIFF

v.                          No. 4:12-cv-53 DPM

JANA PINKSTON, Parole Officer,
Mountain View Parole Office                                        DEFENDANT

JUDGMENT

Jesse R. Jones's complaint is dismissed without prejudice.

*[signature]*
D.P. Marshall Jr.
United States District Judge

14 March 2012